## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE                                                              :Chapter 13

Cheryl C. Burton

    (DEBTOR)                                    :Bankruptcy No. 20-10072AMC13

**P R A E C I P E**

**TO THE CLERK OF THE BANKRUPTCY COURT:**

    Kindly amend address of above captioned client to:

410 N. Lynn Drive
Wilmington, DE 19809

Date: March 11, 2020                    BY: /s/ Michael A. Cataldo
                                                MICHAEL A. CATALDO, ESQUIRE
                                                Cibik & Cataldo, P.C.
                                                1500 Walnut Street, Suite 900
                                                Philadelphia, PA  19102
                                                215-735-1060/fax 215-735-6769