**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
CHERYL C. BURTON

Chapter 13

Debtor

**Bankruptcy No.** 20-10072-AMC

# O R D E R

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: April 28, 2020**

_____  
Ashely M. Chan  
Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
CIBIK & CATALDO  
1500 WALNUT STREET  
SUITE 900  
PHILA, PA 19102-

Debtor:  
CHERYL C. BURTON

410 N. LYNN DRIVE

WILMINGTON, DE 19809-