```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                              Case No. 20-10072-amc
Cheryl C. Burton                                                    Chapter 13
          Debtor
                               CERTIFICATE OF NOTICE
District/off: 0313-2          User: DonnaR                 Page 1 of 2          Date Rcvd: Apr 28, 2020
                              Form ID: pdf900              Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 30, 2020.
db             +Cheryl C. Burton,    410 N. Lynn Drive,    Wilmington, DE 19809-2804
14448227       +Equifax,   P.O. Box 740241,    Atlanta, GA 30374-0241
14448228       +Experian,   Profile Maintenance,    P.O. Box 9558,    Allen, Texas 75013-9558
14448229       +Hon. Robert Radano,    1550 Garrett Road,    Upper Darby, PA 19082-4505
14448231       +KML Law Group,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
14467306       +M&T Bank,   C/O Rebecca A. Solarz, Esquire,    KML Law Group,    701 Market Street Suite 5000,
                 Philadelphia, PA. 19106-1541
14448234        PA Dept. of Revenue,    Bankruptcy Division,    Bureau of Compliance,    P.O. Box 280946,
                 Harrisburg, PA 17120-0946
14465836       +Philadelphia Gas Works,    800 W Montgomery Avenue,    Philadelphia Pa 19122-2898,
                 Attn: Bankruptcy Dept 3Fl
14463700       +Philadelphia Municipal Court,    Traffic Division,    800 Spring Garden Street,
                 Philadelphia Pa 19123-2616
14448236       +Philadelphia Parking Authority,    Red Light Camera Program,    P.O. Box 7425033101 Market Street,
                 Cincinnati, OH 45274-0001
14448238       +Philadelphia Traffic Court,    Hon. Gary Glazer,    800 Spring Garden Street,
                 Philadelphia, PA 19123-2616
14448240       +Trans Union Corporation,    Public Records Department,    555 West Adams Street,
                 Chicago, IL 60661-3631
14448241       +United Auto Credit Co,    Attn: Bankruptcy,    PO Box 163049,    Fort Worth, TX 76161-3049
14452413       +United Auto Credit Corporation,    P.O. Box 163049,    Fort Worth, TX 76161-3049

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Apr 29 2020 03:09:48      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA   19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 29 2020 03:09:40
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 29 2020 03:09:48      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14448220       +E-mail/Text: broman@amhfcu.org Apr 29 2020 03:09:47      American Heritage Federal Credit Union,
                 Attn: Bankruptcy,    2060 Red Lion Road,    Philadelphia, PA 19115-1699
14448224        E-mail/Text: megan.harper@phila.gov Apr 29 2020 03:09:48      City Of Philadelphia,
                 Major Tax Unit/Bankruptcy Dept.,    1401 JFK Blvd, Room 580,    Philadelphia, PA 19102
14448225        E-mail/Text: megan.harper@phila.gov Apr 29 2020 03:09:48      City of Philadelphia,
                 Bankruptcy Unit,    15th Floor,    1515 Arch Street,    Philadelphia, PA 19102
14448221       +E-mail/Text: ecf@ccpclaw.com Apr 29 2020 03:09:33      Cibik & Cataldo, P.C.,
                 1500 Walnut Street, Suite 900,    Philadelphia, PA 19102-3518
14448223       +E-mail/Text: bankruptcy@philapark.org Apr 29 2020 03:09:53      City of Philadelphia,
                 Parking Violations Branch,    PO Box 41819,    Philadelphia, PA 19101-1819
14448226       +E-mail/Text: bankruptcy_notifications@ccsusa.com Apr 29 2020 03:09:53
                 Credit Collection Services,    Attn: Bankruptcy,    725 Canton St,    Norwood, MA 02062-2679
14448230        E-mail/Text: sbse.cio.bnc.mail@irs.gov Apr 29 2020 03:09:36      I.R.S.,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
14455031        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 29 2020 03:19:16      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14448232       +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 29 2020 03:19:15
                 LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    PO Box 10497,
                 Greenville, SC 29603-0497
14448233        E-mail/Text: camanagement@mtb.com Apr 29 2020 03:09:37      M & T Bank,    Attn: Bankruptcy,
                 PO Box 844,    Buffalo, NY 14240
14483129        E-mail/Text: camanagement@mtb.com Apr 29 2020 03:09:37      M&T Bank,    PO Box 840,
                 Buffalo, NY 14240
14448235        E-mail/Text: bankruptcygroup@peco-energy.com Apr 29 2020 03:09:37      Peco Energy,
                 2301 Market Street # N 3-1,    Legal Department,    Philadelphia PA 19103-1338
14448237       +E-mail/Text: bankruptcy@philapark.org Apr 29 2020 03:09:53      Philadelphia Parking Authority,
                 Bankruptcy Department,    701 Market Street,    Philadelphia, PA 19106-2895
14448239       +E-mail/Text: bankruptcy@sw-credit.com Apr 29 2020 03:09:46      Southwest Credit Systems,
                 4120 International Parkway,    Suite 1100,    Carrollton, TX 75007-1958
14448242       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 29 2020 03:09:32
                 Verizon,   Verizon Wireless Bk Admin,    500 Technology Dr Ste 550,
                 Weldon Springs, MO 63304-2225
14481293       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 29 2020 03:19:31      Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 19

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 0313-2          User: DonnaR              Page 2 of 2               Date Rcvd: Apr 28, 2020
                              Form ID: pdf900           Total Noticed: 33

14448222*      +Cibik and Cataldo, P.C.,   1500 Walnut Street,   Suite 900,   Philadelphia, PA 19102-3518
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 28, 2020 at the address(es) listed below:
              MICHAEL A. CATALDO2    on behalf of Debtor Cheryl C. Burton ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Cheryl C. Burton ecf@ccpclaw.com,    igotnotices@ccpclaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 5
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:      Chapter 13
CHERYL C. BURTON

Debtor     Bankruptcy No. 20-10072-AMC

# O R D E R

   **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: April 28, 2020**

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
CIBIK & CATALDO
1500 WALNUT STREET
SUITE 900
PHILA, PA 19102-

Debtor:
CHERYL C. BURTON

410 N. LYNN DRIVE

WILMINGTON, DE 19809-